IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| S.H., individually and on behalf of E.H., a minor<br><br>　　　Plaintiffs,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC. and the PREFERRED PROVIDER PLAN,<br><br>　　　Defendants. | Civil No. 1:26-cv-11427 |

## NOTICE OF APPEARANCE

Attorney John M. Mejia of Christensen & Jensen, PC, 257 East 200 South, Suite 1100,

Salt Lake City, Utah 84111, hereby enters his appearance on behalf of the Plaintiffs, S.H.,

individually and on behalf of E.H., a minor, in connection with the above captioned action.

DATED this 9th day of June, 2026.

Respectfully submitted,

/s/ John M. Mejia

John M. Mejia (UT Bar No. 13965)
(admitted *pro hac vice*)
Christensen & Jensen, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Tel: (801) 323-5000
Fax: (801) 355-3472
john.mejia@cjlaw.com

Grace V.B. Garcia (BBO # 640970)
Peter A. Monaco (BBO # 681918)
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181

Tel: (617) 737-8822
Fax:(617) 342-4914
ggarcia@morrisonmahoney.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2026 a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ John M. Mejia
John M. Mejia

2